AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Margolla, et al.<br>*Defendant* | )<br>)<br>) Case No.  13-cr-00880-CS<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clifford Shamsundar

Date:  08/20/2014

*Attorney's signature*

Jeffery Greco (JG0306)
*Printed name and bar number*

203 E. Post Rd.
White Plains, NY 10601
*Address*

jeff@greconeyland.com
*E-mail address*

(212) 810-1774
*Telephone number*

(914) 358-9147
*FAX number*