# GRECO ♦ NEYLAND, PC

**MEMO ENDORSED**    ATTORNEYS AT LAW

*Bail hearing to be held on 9/4/14 at 4:30 PM. The Government shall advise Pre-Trial Services and ask PTS for the most updated report to be provided to the Court in advance (et to the parties at the conference hearing).*

August 28, 2014

The Honorable Judge Cathy Seibel
United States District Judge
Federal Building & United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Re:    *United States of America v. Margolla, et al*
Docket No. 13-cr-00880-CS

Dated: 8/28/14

*Via Electronic Filing*

Dear Judge Seibel:

*The Clerk of Court shall terminate*

I would like to present a bail application on behalf of my client, Clifford Shamsundar. If the Court's schedule will permit, we would like to have a bail hearing on Thursday, September 4, 2014.

*Doc. 114 (and Doc. 100 which was granted in court on 8/8/14).*

I have spoken with the AUSA on this case, Mr. Michael Gerber, and he is aware of my intentions to make a bail application.

Respectfully,

GRECO ♦ NEYLAND, PC

Jeff Greco

cc:    BY ECF
Michael Gerber
Assistant United States Attorney

Manhattan Office: 11 Broadway, Suite 615, New York, NY 10004
White Plains Office: 203 E. Post Rd., White Plains, NY 10601
Tel: 212.810.1774    Fax: 914.358.9146
www.whiteplainscriminallawyer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/14