AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   13-cr-880 (CS) |
| Clifford Shamsundar | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clifford Shamsundar

Date:   09/02/2014

*Attorney's signature*

Daniel DeMaria (DD4130)
*Printed name and bar number*

Merchant Law Group LLP
203 East Post Road
White Plains, New York 10601

*Address*

ddemaria@nyslitigators.com
*E-mail address*

(914) 620-2225
*Telephone number*

(877) 607-5419
*FAX number*