Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

United States

v.

Clifford Shamsundar

Docket No.: 13-CR-880 (CS)

Hon. Cathy Seibel

(District Court Judge)

Notice is hereby given that Clifford Shamsundar appeals to the United States Court of Appeals for the Second Circuit from the judgment _____, other [✓] order denying pretrial release

(specify)

entered in this action on October 6, 2014

(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   | trial |   | N/A [✓] .

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No |   If yes, provide the following information:

Defendant's Counsel:   Jonathan I. Edelstein

Counsel's Address:    Edelstein & Grossman

501 Fifth Avenue, Suite 514, New York, NY 10017

Counsel's Phone:    (212) 871-0571

Assistant U.S. Attorney:   Michael Gerber, Esq.

AUSA's Address:    United States Attorney's Office, Southern Dist. of New York

One St. Andrew's Plaza, New York, NY 10017

AUSA's Phone:    (212) 637-2200

Signature

## AFFIRMATION OF SERVICE

**JONATHAN I. EDELSTEIN**, an attorney admitted to practice in the courts of the State of New York and in this Court, affirms under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the extent of his knowledge:

1. I am over 18 years old and not a party to this action.

2. On the eighth day of October 2014, I served the within NOTICE OF APPEAL by first-class mail upon:

> United States Attorney's Office
> Eastern District of New York
> One St. Andrew's Plaza
> New York, NY 10007
> Attn: Michael Berger, Esq.

Being the addresses within the State heretofore designated by them for that purpose, by placing a true copy of the same in a prepaid wrapper and depositing the same in a box maintained by the United States Postal Service for collection and delivery of mail.

Dated: New York, NY
October 8, 2014

_____
JONATHAN I. EDELSTEIN